

FILED _____ _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 18 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-089-GMN-EJY |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| AKILA CHAPPELL-HERSH, | |
| Defendant. | |

This Court finds Akila Chappell-Hersh pled guilty to Counts One and Two of a Two-Count Criminal Indictment charging him with felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). Criminal Indictment, ECF No. 11; Change of Plea, ECF No. 34; Plea Agreement, ECF No. 35.

This Court finds Akila Chappell-Hersh agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 11; Change of Plea, ECF No. 34; Plea Agreement, ECF No. 35.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and the offenses to which Akila Chappell-Hersh pled guilty.

The following property is any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. § 922(g)(1), and is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c):

1. a Sig Sauer P229 .40 caliber handgun, bearing serial number AM161602;

2. a Glock 30S .45 caliber handgun, bearing serial number YVT896;

3. 26 rounds of .45 caliber ammunition; and

4. any and all compatible ammunition

(all of which constitutes property).

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Akila Chappell-Hersh in the aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and 21 U.S.C. § 853(n)(2). In the alternative, if the value of the property is less than $1,000, the government may instead serve every person reasonably identified as a potential claimant in lieu of publication pursuant to Fed. R. Crim. P. 32.2(b)(6)(C) with Fed. R. Civ. P. Supp. Rule G(4)(a)(i)(A).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a

1  hearing to adjudicate the validity of the petitioner's alleged interest in the property, which

2  petition shall be signed by the petitioner under penalty of perjury pursuant to 21 U.S.C. §

3  853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's

4  right, title, or interest in the forfeited property and any additional facts supporting the

5  petitioner's petition and the relief sought.

6      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any,

7  must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas,

8  Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was

9  not sent, no later than sixty (60) days after the first day of the publication on the official

10 internet government forfeiture site, www.forfeiture.gov.

11     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the

12 petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States

13 Attorney's Office at the following address at the time of filing:

14         Daniel D. Hollingsworth
           Assistant United States Attorney
15         James A. Blum
           Assistant United States Attorney
16         501 Las Vegas Boulevard South, Suite 1100
           Las Vegas, Nevada 89101.
17

18     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice

19 described herein need not be published in the event a Declaration of Forfeiture is issued by

20 the appropriate agency following publication of notice of seizure and intent to

21 administratively forfeit the above-described property.

22     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send

23 copies of this Order to all counsel of record.

24     DATED _Nov 18,_____, 2020.

25

26

27                                          GLORIA M. NAVARRO
28                                          UNITED STATES DISTRICT JUDGE

1

**CERTIFICATE OF SERVICE**

2       A copy of the foregoing was served upon counsel of record via Electronic Filing on

3  November 4, 2020.

4

5                                       /s/ Heidi L. Skillin
                                        HEIDI L. SKILLIN
6                                       FSA Contractor Paralegal

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28