RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Akila Chappell-Hersh

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AKILA CHAPPELL-HERSH,<br><br>　　　　Defendant. | Case No. 2:20-cr-00089-GMN-EJY<br><br>**STIPULATION TO MODIFY CONDITIONS OF RELEASE**<br>(First Request)<br><br>*(Expedited Treatment Requested)* |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Brett Ruff, Assistant United States Attorney, counsel for the United States of America, and Raquel Lazo, Assistant Federal Public Defender, counsel for Akila Chappell-Hersh, that the Court modify his conditions of release.

　　　The Stipulation is entered into for the following reasons:

　　　1.　　On May 13, 2020, the Court ordered Mr. Chappell's release on a personal recognizance bond with certain conditions, including a travel restriction to Clark County, Nevada. ECF No. 8.

　　　2.　　On November 19, 2020, Mr. Chappell pleaded guilty pursuant to a plea agreement. He was continued on his current terms of supervision. ECF No. 34. Prior to his

1  hearing, Mr. Chappell had consulted with his Pretrial Services officer regarding his desire to
2  travel to Southern California for his brother's funeral.  He was advised by his officer that he
3  needed to request permission to travel from the Court.  Mr. Chappell neglected to bring the
4  matter to defense counsel's attention until after the plea hearing.

5        3.     Mr. Chappell wishes to travel to Southern California for his brother's funeral
6  from November 23-24, 2020.

7        4.     Defense counsel has spoken with Pretrial Services concerning this issue. Pretrial
8  Services confirmed to defense counsel that Mr. Chappell has been compliant with the terms of
9  his release. Pretrial Services has no opposition as long as Mr. Chappell supplies them with his
10 travel itinerary and the address where he will be staying while in California.

11       5.     The government has no objection to this requested modification.
12       6.     This matter is being requested on an expedited basis because the proposed travel
13 is this weekend.

14 This is the first stipulation to modify conditions of release filed herein.

15 DATED this 19th day of November, 2020.

16 RENE L. VALLADARES       NICHOLAS A. TRUTANICH
17 Federal Public Defender       United States Attorney

18 By /s/ Raquel Lazo       By /s/ Brett Ruff
19 RAQUEL LAZO       BRETT RUFF
   Assistant Federal Public Defender       Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AKILA CHAPPELL HERSH,<br><br>　　　　Defendant. | Case No. 2:20-cr-00089-GMN-EJY<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that Mr. Chappell's condition of release be modified to allow for Mr. Chappell to travel outside Clark County Nevada to Southern California.

　　IT IS FURTHER ORDERED that Mr. Chappell provide his travel itinerary, including the location where he will be staying, to his Pretrial Services officer prior to his travel.

**IT IS SO ORDERED.**

Dated this  18  day of November, 2020

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT